AAR AIRCRAFT COMPONENT SERVICE
747 ZECKENDORF BLVD.
GARDEN CITY, NY 11530

ABACUS RECRUITING
P.O. BOX 66936
ST. LOUIS, MO 63166-6936

AIRGAS SAFETY
P.O. BOX 951884
DALLAS, TX 75395-1884

AIRGAS MID-AMERICA
P.O. BOX 802615
CHICAGO, IL 60680-2615

ADCRAFT
P.O. BOX 7737
ST. LOUIS, MO 63106

A.E. PETSCHE CO., INC.
P.O. BOX 910195
DALLAS, TX 75391-0195

AERO QUALITY
P. O. BOX 31511
HARTFORD, CT 06150-1511

AIRCRAFT TECHNOLOGIES INC.
11030 WYE DRIVE
SAN ANTONIO, TX 78217

AIRCRAFT INTERIOR PRODUCTS
1900 EAST PAWNEE
WICHITA, KS 67211

ALEXO RE, INC.
701 N BELL AVE
# 200
CHESTERFIELD, MO 63006-4064

HONEYWELL
131 S DEARBORN
6TH FLOOR
CHICAGO, IL 60603

ALTO TECHNOLOGIES CORPORATION
113 TOLMAN AVENUE
LEOMINSTER, MA 01453

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

FEDEX FREIGHT EAST
4103 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

AMEREN UE--63166-6301
P.O. BOX 66301
ST. LOUIS, MO 63166-6301

AMI METALS
P.O. BOX 952474
ST LOUIS, MO 63195-2474

AEROSPACE OPTICS INC.
3201 SANDY LANE
FORT WORTH, TX 76112

AERO PERFORMANCE COATINGS
5310 OMEGA DR.
SAUGET, IL 62206

AEROSPACE PRODUCTS INTERNATION
P.O. BOX 1000, DEPT. 026
MEMPHIS, TN 38148-0026

ALL POINT CALIBRATION SERVICES
264 BROOKMONT DR.
BELLEVILLE, IL 62223

APPLIKATORS PLUS
2714 W. RINGSLEY
SUITE G-2
GARLAND, TX 75041

AQUA-WORLD
3910 GRAVOIS
ST. LOUIS, MO 63116

ARAMARK REFRESHMENT SERVICES
13772 SHORELINE
EARTH CITY, MO 63045

USA MOBILITY
P.O. BOX 660770
DALLAS, TX 75266-0770

AUTOMOTIVE TECHNOLOGY, INC.
544 MAE COURT
FENTON, MO 63026

AT&T - 85062-8045
PO BOX 78045
PHOENIX, AZ 85062-0845

AVIALL, INC.
7285 SOUTH REVERE PKWY
SUITE 103
CENTENNIAL, CO 80112

AVIATION MATERIAL & TECHNICAL
827 TEXAS CT.
O FALLON, MO 63366

AVIATION INTERNATIONAL NEWS
214 FRANKLIN AVENUE
MIDLAND PARK, NJ 07432

AVION PARTNERS
13200 SE 30TH STREET
SUITE B
BELLEVUE, WA 98005

BARFIELD
4101 NORTH WEST 29TH STREET
MIAMI, FL 33142

BP
P.O. BOX 70887
CHARLOTTE, NC 28272-0887

BRENES CO.
375 GREENWICH STREET
NEW YORK, NY 10013

SCOTT BRENT

BATTERIES PLUS
P.O. BOX 433
BALLWIN, MO 63022

GE POLYMERS
4168 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CC AVIATION
4500 STONEWALL RD
OPELIKA, AL 36801

C.E.D.
275 BODERMAN LN
BLOOMSDALE, MO 63627

AVIATION FABRICATORS
805 NORTH 4TH STREET
CLINTON, MO 64735

CESSNA AIRCRAFT CO.
7121 SOUTHWEST BLVD
WICHITA, KS 67215

CHARTER COMMUNICATIONS
PO BOX 790086
ST. LOUIS, MO 63179-0086

CHESTERFIELD SERVICE
243 CHESTERFIELD INDUS. BLVD.
CHESTERFIELD, MO 63005

CINTAS CORP.
3750 MUELLER ROAD
ST. CHARLES, MO 63301

CINTAS - THE UNIFORM PEOPLE
97627 EAGLE WAY
CHICAGO,, IL 60678-9760

CINTAS FIRST AID & SAFETY
634 LAMBERT POINTE DR
HAZELWOOD, MO 63042

CITY PLATING COMPANY, INC.
11511 REVERIE
SAN ANTONIO, TX 78216

CLEARBROOK NATURAL SPRING WATE
618 SOUTH BOYLE AVENUE
ST. LOUIS, MO 63110

CONCENTRA MEDICAL CENTERS
P.O. BOX 369
LOMBARD, IL 60148

C & M MARINE AVIATION SERVICES
7515 LEMMON AVE
HANGAR E
DALLAS, TX 75209

COLLECTOR OF REVENUE
ST. LOUIS CO. GOVERNMENT CTR.
P.O. BOX 16955
ST. LOUIS, MO 63105-1355

THE CONFERENCE GROUP
254 CHAPMAN ROAD
TOPKIS BUILDING, SUITE 200
NEWARK, DE 19702

AAR DISTRIBUTION
3312 PAYSPHERE CIRCLE
CHICAGO, IL 60674-3298

COPE PLASTICS, INC.
6340 KNOX INDUSTRIAL DRIVE
ST. LOUIS, MO 63139

CORPORATE ROTABLES
6701 NORTH WEST 12TH AVENUE
FT. LAUDERDALE, FL 33309

COUNTY LAND MAINTENANCE
1414 BRYAN ROAD
O'FALLON, MO 63366

PPG AEROSPACE
6022 CORPORATE WAY
INDIANAPOLIS, IN 46278

CREST INDUSTRIES, INC.
231 LARKIN WILLIAMS
INDUSTRIAL COURT
FENTON, MO 63026

CROSS OIL COMPANY
6291 SUBURBAN AVENUE
ST. LOUIS, MO 63133

CARTRIDGE WORLD
110 CHESTERFIELD VALLEY DR.
CHESTERFIELD, MO 63005

CORPORATE SERVICE SUPPLY
1610 9TH AVENUE
BOHEMIA, NY 11716

CSSI, INC,
400 VIRGINIA AVE.
SUITE 210
WASHINGTON, DC 20024

DAVTRON
427 HILLCREST WAY
REDWOOD CITY, CA 94062

DUN & BRADSTREET
P.O. BOX 75542
CHICAGO, IL 60675-5542

DELL COMPUTER CORPORATION
P.O. BOX 5275
CAROL STREAM, IL 60197-5275

DETAILERS & MORE INC.
1939 WENTZVILLE PKWY
#335
WENTZVILLE, MO 63385

DALLAS AIRMOTIVE
567 BELL AVE  #100
CHESTERFIELD, MO 63005

DODSON INTERNATIONAL
P.O. BOX 19
RANTOUL, KS 66079

RONDEAU, DARRYL
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

DT NEWS
1847 N BROADWAY
ST. LOUIS, MO 63102

DUNCAN AVIATION
3701 AVIATION ROAD
LINCOLN, NE 68524

DAVIS INOTEK INSTRUMENTS
4701 MOUNT HOPE DR
BALTIMORE, MD 21215

NBAA ACCOUNTING DEPT
1200 18TH ST. NW SUITE 400
WASHINGTON, DC 20036-2527

BRENNER, ERIC
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

EAGLE INDUSTRIAL TRUCK
P.O. BOX 8
27250 KITTY HAWK
GROSSE ILE, MI 48138

ELECTRONIC CABLE SPECIALIST
5300 WEST FRANKLIN DR.
FRANKLIN, WI 53132

EMTEQ
S84 W19234 ENTERPRISE DRIVE
MUSKEGO, WI 53150

EXCEL AEROSPACE SUPPLY
11855 WICKS STREET
SUN VALLEY, CA 91352

DASSAULT FALCON JET
200 RISER ROAD
LITTLE FERRY, NJ 07643

AMEREN UE
P.O. BOX 66529
ST. LOUIS, MO 63166-6529

AMERICAN EXPRESS
PO BOX 650448
DALLAS, TX 75265-0448

AVIATION FUEL SAFETY PRODUCTS
PO BOX 8803
COLUMBUS, GA 31908

BIG SKY, LLC
300 HUNTER AVE
SUITE 101
ST. LOUIS, MO 63124

BROADWAY TRUCK CENTER
1501 SOUTH 7TH
ST. LOUIS, MO 63104

CINTAS CORP
3750 MUELLER ROAD
ST. CHARLES, MO 63301

CLEARBROOK NATURAL SPRING WATER
618 SOUTH BOYLE AVENUE
ST. LOUIS, MO 63110

CONCENTRA MEDICAL CENTERS
PO BOX 369
LOMARD, IL 60148-0369

COLLECTOR OF REVENUE
ST LOUIS CO GOVERNMENT CTR
PO BOX 16955
ST. LOUIS, MO 63105-1355

G & K SERVICES
1745 REYNOLDS
KANSAS CITY, MO 64120

LACLEDE GAS COMPANY
DRAWER 2
ST. LOUIS, MO 63171

PEDRO'S PLANET
11649 LILBURN PARK DRIVE
ST. LOUIS, MO 63146

ROCKWOOD CARQUEST
15630 MANCHESTER ROAD
ELLISVILLE, MO 63011

SIGN - A - RAMA
10700 MANCHESTER ROAD
KIRKWOOD, MO 63122

STL DISTRIBUTION SERVICE
5025 PATTISON AVENUE
ST. LOUIS, MO 63110

FEDERAL EXPRESS CORPORATION
P.O. BOX 94515
PALATINE, IL 60094-4515

FEDEX GROUND
ATTN: COD DEPARTMENT
PO BOX 108
PITTSBURGH, PA 15230

FRENCH GERLEMAN ELECTRIC
2451 SCHEUTZ ROAD
MARYLAND HEIGHTS, MO 63043

FLAME-OUT, INC.
133 N. 2ND
PLEASANT DALE, NE 68423

FLIGHT SAFELTY INTERNATIONAL
P.O. BOX 75691
CHARLOTTE, NC 28275

FLIGHT SAFETY
P.O. BOX 75691
CHARLOTTE, NC 28275

FROESEL OIL COMPANY, INC
P.O. BOX 3986
BALLWIN, MO 63022-3986

FUNK, TROY
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

LANDMARK AVIATION
1550 HANGAR ROAD
AUGUSTA, GA 30906

GARMIN USA, INC
P.O. BOX 503664
ST. LOUIS, MO 63150-3664

GEORGIAN AEROSPACE
750 NORTH BEECHCRAFT
CHESTERFIELD, MO 63005

GFI DIGITAL, INC
1837 BORMAN CIRCLE DRIVE
ST. LOUIS, MO 63146-4136

GIBBS TECHNOLOGY LEASING
1837 BORMAN CIRCLE DRIVE
ST. LOUIS, MO 63146

G & K SERVICES
1745 REYNOLDS
KANSAS CITY, MO 64120

GLOBAL FILTRATION, INC
CARE OF COMPASS BANK
P.O. BOX 4345
HOUSTON, TX 77210

GLOBAL COATINGS SOLUTIONS
PO BOX 3191
SPRINGFIELD, IL 62708

PEEL, GARY
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

COOPER COLORS
1524 LONEDELL INDUSTRIAL COURT
ARNOLD, MO 63010

GREAT AMERICAN LEASING CORPORATION
8742 INNOVATION WAY
CHICAGO, IL 60682-0087

H & H HEALTH ASSOCIATES, INC
11132 SOUTH TOWNE SQUARE
SUITE 107
ST. LOUIS, MO 63123-7830

HAWK LABELING SYSTEMS
P.O. BOX 208
STILLWATER, MN 55082

HEALTH CONSERVATION PROGRAMS,
12025 MANCHESTER RD.
SUITE 130
ST. LOUIS, MO 63131

HOME DEPOT
4135 SOUTH AIRPORT ROAD
ATLANTA, GA 30336

HEMISPHERE LEATHER
3415 EASTERN AVE. S.E.
GRAND RAPIDS, MI 49508

HERITAGE CRYSTAL CLEAN, LLC
P.O. BOX 68123
INDIANAPOLIS, IN 46268-0123

HONEYWELL, INC
1 CLIFF GARRETT DRIVE
ANNISTON, AL 36202

HONEYWELL HARDWARE PRODUCT GRO
P.O. BOX 93123
CHICAGO, IL 60673-3123

HONEYWELL INTERNATIONAL (INTELLECTUAL)
21725 NETWORK PLACE
CHICAGO, IL 60673-1216

HPI FINISHING SUPPLY
804 FEE FEE RD
MARYLAND HEIIGHTS, MO 63043

ICO-RALLY CORPORATION
2575 E. BAYSHORE ROAD
PALO ALTO, CA 94303

INTERIORS IN GREEN
3418 GRAVOIS AVENUE
ST LOUIS, MO 63118

INVENTORY LOCATOR SERVICE, LLC
P.O. BOX 410048
NASHVILLE, TN 37241-0048

ITT AEROSPACE
28150 INDUSTRY DR
VALENCIA, CA 91355

INDUSTRIAL VISION CORP.
1976 ARSENAL STREET
ST. LOUIS, MO 63118

L3 COMMUNICATIONS
5353 52ND STREET S.E.
GRAND RAPIDS, MI 49512-9704

JLW INSTRUMENTS
14 N. PEORIA ST.
SUITE B-101
CHICAGO, IL 60607

J&S TOOL, INC.
129-131 ALGANA CT.
ST. PETERS, MO 63376

KEVIN BANOWETZ
1635 OAKWOOD DR.
O'FALLON, MO 63366

KLIETHERMES, KEVIN
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

LAB SAFETY SUPPLY, INC.
P.O. BOX 1368
JANESVILLE, WI 53547

LABCORP OCCUPATIONAL TESTING SERVICES
P.O. BOX 12140
BURLINGTON, NC 27216-2140

LACLEDE GAS COMPANY
DRAWER 2
ST. LOUIS, MO 63171

TRIUMPH AEROSPACE SYSTEMS - WI
9323 E. 34TH ST NORTH
WICHITA, KS 67226

BOMBARDIER
2007 COLLECTION DRIVE
CHICAGO, IL 60693-2007

LEE PRODUCTS AND ENGINEERING SERVICES
1910 NORTHERN
WITCHITA, KS 67216

LJM TRAINING
506 GREAT HILL DR.
BALLWIN, MO 63021

LOWE'S
P.O. BOX 530970
ATLANTA, GA 30353-0970

LASERSHIP
P.O. BOX 406420
ATLANTA, GA 30384

MAGNETIC INSPECTION LABORATORY, INC
1401 GREENLEAF AVE
ELK GROVE VILLAGE, IL 60007

MAJOR BRANDS
P.O. BOX 840141
KANSAS CITY, MO 64184-0141

MARCH AVIATION
3763 ENTERPRISE AVE
NAPLES, FL 34104

MARK C. POPE ASSOCIATES
4910 MARTIN COURT
SMYRNA, GA 30082

MARSCOTT DIVERSIFIED SALES
5001 LOUISIANA AVE
ST. LOUIS, MO 63111

MCMASTER CARR SUPPLY CO
ATTN: DAVE BOLYARD
1530 HANGAR ROAD
AUGUSTA, GA 30906

MCMASTER CARR SUPPLY CO
P.O. BOX 7690
CHICAGO, IL 60680

MISSOURI DEPARTMENT OF REVENUE
DIV OF TAXATION AND COLLECTION
PO BOX 840
JEFFERSON CITY, MO 65105-0840

MID VALLEY RADIANTS & INDUSTRI
3528 GREENWOOD BLVD
MAPLEWOOD, MO 63143

MEDNIK * RIVERBEND
6740 ROMISS CT
ST. LOUIS, MO 63134

PASSUR AEROSPACE
35-1 ORVILLE DRIVE
BOHEMIA, NY 11716

MESSIER-DOWTY INC
574 MONARCH AVE.
AJAX, ONTARIO L1S 2G8

METROPOLITAN STL SEWER
P.O. BOX 437
ST. LOUIS, MO 63166

MORGAN HINGES, INC.
1200 JOHN BARROW ROAD
SUITE 405
LITTLE ROCK, AR 72205

MICROFLEX
P.O. BOX 32000
RENO, NV 89533-2000

MICHELLE'S CAFE
104 S. CENTRAL AVE
EUREKA, MO 63025

MID-CONTINENT INSTRUMENTS
9400 EAST 34TH STREET NORTH
WICHITA, KS 67226

MILLIGAN CORPORATION
9495 AEROSPACE DR.
ST. LOUIS, MO 63134

MILIC ENGENEERING
3505 FRANCIS CIRCLE
ALPHARETTA, GA 30004

M&M AEROSPACE
1505 LBJ FREEWAY, SUITE 220
DALLAS, TX 75234

MIC REAL ESTATE, LLC
18500 EDISON AVE
ST. LOUIS, MO 63005

MARSH AVIATION
5060 E. FALCON DRIVE
MESA, AZ 85215

M.T. REYNOLDS AND ASSOC.
109 PARKWAY DRIVE
CHATHAM, IL 62629

NORDAM GROUP, INC
5101 BLU MOUND ROAD
FT WORTH, TX 76106

NDT ENGINEERING CORP
19620 RUSSELL RD
KENT, WA 98032

NETWORKS BY DESIGN
PO BOX 6262
CHESTERFIELD, MO 63006-6262

NEWARK ELECTRONICS
P.O. BOX 94151
PALATINE, IL 60067

SAINT GOBAIN PLASTICS
P.O. BOX 642625
PITTSBURGH, PA 15264-2625

NORTH AMERICAN INSPECTIONS, IN
245 W. ROOSEVELT RD
BLDG 10 SUITE 71
WEST CHICAGO, IL 60185

OMEGA ENGINEERING
1 OMEGA CIRCLE, BOX 4047
BRIDGEPORT, NJ 08014

VEOLIA
P.O. BOX 6484
CAROL STREAM, IL 60197-6484

OPTI MANUFACTURING
ROAD 992, P.O. BOX 559
MATA DE PLATANO IND PARK
LUQUILLO, PR 00773

AMERON GLOBAL PRODUCT SUPPORT
10271 BACH BLVD.
ST. LOUIS, MO 63132

PARKER HANNIFIN
6035 PARKLAND BLVD
CLEVELAND, OH 44124

PITNEY BOWES  - ACCT 9672742
P.O. BOX 856460
LOUISVILLE, KY 40285-6460

PITNEY BOWES - ACCT 5913174
P.O. BOX 856460
LOUISVILLE, KY 40285-6460

PEDRO'S PLANET
11649 LILBURN PARK DRIVE
ST. LOUIS, MO 63146

PENTON MEDIA
P.O. BOX 96985
CHICAGO,, IL 60693-6985

PHOENIX AEROSPACE, INC
220 W. 80TH TERRACE
P.O. BOX 8744
KANSAS CITY, MO 64114

CASTLE METALS AEROSPACE
P.O. BOX 890264
DALLAS, TX 57389-0264

PRATT & WHITNEY
4905 STARIHA DR.
MUSKEGON, MI 49441

PACKAGING SYSTEMS
1521 FLOWER STREET
GLENDALE, CA 91201

PITNEY BOWES - 40285-6042
PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285

RAYTHEON AIRCRAFT CO.
8601 LEMMON AVENUE
DALLAS, TX 75209

RAY ENGEL PACKAGING
12060 LACKLAND RD.
MARYLAND HEIGHTS, MO 63146

RELIABLE EXPRESS
5521 PERIGORD DRIVE
ST. LOUIS, MO 63129

REFLECTIONS UNLIMITED
2638 AERO DR.
GRAND PRAIRIE, TX 75052

REPCO GRAPHICS
8405 ST. CHARLES ROCK RD.
ST. LOUIS, MO 63114

RECEIVABLE MANAGEMENT SERVICES
P.O. BOX 8500-55028
PHILADELPHIA, PA 19178-5028

ROBERT WYSOCKI
1493 BRIDLESPUR DRIVE.
WENTZVILLE, MO 63385

ROCKWELL INTERNATIONAL
2742 DOW AVENUE
TUSTIN, CA 92780

ROCKWOOD CARQUEST
15630  MANCHESTER RD
ELLISVILLE, MO 63011

AVANTI PROPERTIES
715 SPRING BLOSSOM CT
ST LOUIS, MO 63021

SAFEGUARD BUSINESS SYSTEM
P.O. BOX 88043
CHICAGO, IL 60680-1043

SAINT LOUIS DESIGNS, INC.
PO BOX 3400
AUSTIN, TX 78764

SAM'S CLUB
PO BOX 530981
ATLANTA, GA 30353-0981

SAM'S CLUB MEMBERSHIP RENEWAL
P.O. BOX 9001907
LOUISVILLE, KY 40290-1907

AT&T LONG DISTANCE 60197-5017
P.O. BOX 660688
DALLAS, TX 75266-0688

STERLING COURIER SYSTEMS
1110 HERNDON PARKWAY
HERNDON, VA 20170

SEAY, KEITH
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

SECURITY BY DESIGN
P.O. BOX 6262
CHESTERFIELD, MO 63006-6262

SEKO
PO BOX 92170
ELK GROVE VILLAGE, IL 60009

PAUL J. SEELE
230 SOUTH BEMISTON, STE 1000
CLAYTON, MO 63105

SHAPIRO SUPPLY COMPANY
5617 NATURAL BRIDGE
ST. LOUIS, MO 63120

SHERWIN WILLIAMS
15420 MANCHESTER ROAD
ELLISVILLE, MO 63011

SKANDIA INC.
5000 NORTH HWY 251
DAVIS JUNCTION, IL 61020

SKYLIGHT AVIONICS
38629 6TH ST EAST
PALMDALE, CA 93550

S.M.A.R.T., INC.
P.O. BOX 863459
ORLANDO, FL 32886-3459

INDUSTRIAL SOAP
722 S. VANDEVENTER AVENUE
PO BOX 15215
ST. LOUIS, MO 63110

AT&T- 60197-5001
P.O. BOX 5001
CAROL STREAM, IL 60197-5001

AT&T - 60197-5011
P.O. BOX 5011
CAROL STREAM, IL 60197-5011

A T & T MOBILITY
P.O. BOX 650553
DALLAS, TX 75265-0553

SPENCER OFFICE CLEANING, INC.
827 MALLARD WOODS DR.
ST. LOUIS, MO 63021

SPIRIT OF STL ARPT - LAND
18270 EDISON
CHESTERFIELD, MO 63005

SPIRIT OF STL ARPT - FUEL
18270 EDISON
CHESTERFIELD, MO 63005

L.S. STARRETT CO.
165 CRESCENT
ATHOL, MA 01331

ST. LOUIS SAFETY
P.O. BOX 488
139 CHESTERFIELD IND. BLVD.
CHESTERFIELD, MO 63005

STL DISTRIBUTION SERVICE LLC
5025 PATTISON AVENUE
ST. LOUIS, MO 63110

STUMPE, DAN
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

AT&T YELLOW PAGES - 60197-5010
2301 S. KINGSHIGHWAY BLVD.
ST. LOUIS, MO 63110

TAC AIR ST. LOUIS
PO BOX 1481
TEXARKANA, TX 75504

BRAUTIGAM, TROY
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

TEKLAM CORPORATION
1121 OLYMPIC
CORONA, CA 92881

TEQNIKOTE
5710 F STREET
OMAHA, NEBRASKA 68117-2821

TERRA ROSA, LLC
18040 EDISON AVENUE
CHESTERFIELD, MO 63005

TBM INC.
DEPARTMENT 5001
135 SOUTH LASALLE
CHICAGO, IL 60674-5001

TIC-MS, INC.
11692 LILBURN PARK ROAD
ST. LOUIS, MO 63146

TIME & DATA SOLUTIONS
124 WEST LOCKWOOD
SUITE 200
ST. LOUIS, MO 63119

TORRINGTON BRUSH WORKS
4377 INDEPENDENCE COURT
SARASOTA, FL 34234

TRANSPORT & VIP INTERIORS GROUP
P.O. BOX 130010
CARLSBAD, CA 92013

TEST & MEASUREMENT
3635 MAIN STREET
KANSAS CITY, MO 64111

TOOL TESTING LAB, INC.
11180 NORTH DIXIE DR.
VANDALIA, OH 45377

TXI AVIATION, INC.
8350 DENTON DR.
DALLAS, TX 75235

ULINE SHIPPING SUPPLY SPECIALI
2105 S. LAKESIDE DRIVE
WAUKEGAN, IL 60085

AMEREN UE
P.O. BOX 66529
ST. LOUIS, MO 63166-6529

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

UNIVERSAL AVIONICS SYSTEM
C/O WELLS FARGO BANK
DEPARTMENT 9273
LOS ANGELES, CA 90084-9273

US FLIGHT AIRCRAFT MAINTENANCE
136 TOWER RD.
WHITE PLAINS, NY 10604

VERIZON - 485055594-00001
PO BOX 25505
LEIGH VALLEY, PA 18002-5505

VOYAGER INDUSTRIES
505 N JEFFERSON
STE 202
SPRINGFIELD, MO 65806

VALDES, VICTOR
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

VWR SCIENTIFIC PRODUCTS
800 EAST FABYAN PARKWAY
BATAVIA, IL 60510

WALLACE, RICHARD
18500 EDISON AVENUE
CHESTERFIELD, MO 63005

WEST END RADIATOR
15605 MANCHESTER ROAD
MANCHESTER, MO 63011

WEATHER SERVICE INTERNATIONAL
P.O. BOX 101332
ATLANTA, GA 30392-1332

WICKS AIRCRAFT SUPPLY
P.O. BOX 304
HIGHLAND, IL 62249

WINE CHATEAU
90 CLARKSON WILSON CENTER
CHESTERFIELD, MO 63017

WORTHINGTON AVIATION
2995 LONE OAK CIRCLE
SUITE 10
ST. PAUL, MN 55121-1431

WSI
4 FEDERAL STREET
BILLERICA, MA 01821-3569

YALE ENFORCEMENT SERICE, INC.
8601 NORTH BELT WEST
BELLEVILLE,, IL 62571

THE YOUNG ENGINEERS INC
25841 COMMERCENTRE DRIVE
LAKE FOREST, CA 92630

JOHN D. MCLAUGHLIN, JR., ESQ.
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DE 19801

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
31 HOPKINS PLAZA, ROOM 1150
BALTIMORE, MD 21202

MICHAEL B. MUKASEY, ESQ.
U. S. ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
COMMERCIAL LITIGATION BRANCH
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20530-0001

OFFICE OF THE UNITED STATE TRUSTEE
844 KING STREET, SUITE 2313
LOCK BOX 35
WILMINGTON, DE 19801

SECRETARY OF STATE
FRANCHISE TAX
DIVISION OF CORPORATIONS
P.O. BOX 7040
DOVER, DE 19903

SECRETARY OF TREASURY
P.O. BOX 7040
DOVER, DE 19903

SECURITIES & EXCHANGE COMMISSION
ATTN: CHRISTOPHER COX
100 F STREET, N.E.
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: MARK SCHONFELD, REGIONAL DIRECTOR
233 BROADWAY
NEW YORK, NY 10279

ELLEN W. SLIGHTS, ESQ.
ASSISTANT UNITED STATES ATTORNEY
U.S. ATTORNEY'S OFFICE
1007 ORANGE STREET, SUITE 700
P.O. BOX 2046
WILMINGTON, DE 19899