IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| JETDIRECT AVIATION, LLC, | ) Case No. 09-11511 (PJW) |
| | ) |
| Debtor. | ) Objection Deadline: Not Applicable. |
| | ) Hearing Date: Not Applicable. |

**MOTION OF SEA PIONEER SHIPPING CORPORATION PURSUANT TO
LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER
SHORTENING THE TIME TO CONSIDER THE UNOPPOSED MOTION FOR
ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND
AUTHORIZING TRUSTEE TO EXECUTE ASSIGNMENT OF LIEN**

TO THE HONORABLE PETER J. WALSH,
UNITED STATES BANKRUPTCY JUDGE:

Sea Pioneer Shipping Corporation ("SPSC"), by and through its undersigned attorneys, respectfully submits this motion (the "Motion to Shorten") for entry of an order shortening the applicable notice period for the *Unopposed Motion for Entry of Order Granting Relief from the Automatic Stay and Authorizing Trustee to Execute Assignment of Lien* (the "Motion")[1] filed contemporaneously herewith, pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 9006-1(c) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and sections 102 and 105(a) of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (as amended and applicable herein, the "Bankruptcy Code"). In support of the Motion to Shorten, SPSC respectfully states as follows:

---

[1] Any capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

LA1:#6399757
WCSR  4623439v1

1. Local Rule 9006-1(c)(i) requires 14 days notice prior to the hearing date where time for notice and hearing is not otherwise specified in the Local Rules or the Federal Rules of Bankruptcy Procedure. Del. Bankr. L.R. 9006-1(c). Pursuant to Local Rule 9006-1(e), however, such period may be shortened by order of the Court upon written motion specifying the exigencies supporting shortened notice. Del. Bankr. L.R. 9006-1(e). SPSC submits that there is sufficient cause to justify shortening the notice period for the hearing of the relief requested in the Motion.

2. Pursuant to the Motion, SPSC seeks relief from the stay to allow the Trustee to execute lien release documents to effectuate a pre-petition transfer and release of lien. Alfred T. Giuliano, as trustee ("Trustee") for the estate of JetDirect Aviation, Inc. (the "Debtor"), Sovereign Bank, N.A. ("Sovereign") and Wayfarer Aviation, Inc. ("Wayfarer"), the only parties in interest to this particular matter, have consented to the requested relief.

3. As more fully set forth in the Motion, the relief requested in the Motion is directly relevant to the proposed closing of a transaction to sell Movant's aircraft in the first week of June 2011 and any delay in consideration of the Motion could cause the sale to be cancelled, and could therefore render the issue moot. SPSC will suffer significant hardship if the sale is terminated. Consequently, considering the Motion on regular notice will cause damage to SPSC.

4. For the foregoing reasons, SPSC respectfully requests that good cause exists to approve the shortened notice requested herein to minimize the risk of harm to SPSC. Accordingly, SPSC requests that a hearing on the relief requested in the Motion be scheduled for May 26, 2011 at 2:00 p.m., with any objections filed and served upon undersigned counsel on or before May 24, 2011 at 4:00 p.m., or by such time as the Court may direct.

WHEREFORE, SPSC respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just.

Dated: May 20, 2011

    __/s/ Kevin J. Mangan_____
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
T:  (302) 252-4320
F:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

Jeffrey T. Kucera
K&L Gates
Southeast Financial Center
200 South Biscayne Blvd.
Suite 3900
Miami, FL 33131
T:  (305) 539-3322
F:  (305) 358-7095
Jeffrey.kucera@klgates.com

*Counsel for Sea Pioneer Shipping Corporation*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JETDIRECT AVIATION, LLC, | ) | Case No. 09-11511 (PJW) |
| | ) | |
| Debtor. | ) | Re: Docket No. ___ |
| | ) | |

**ORDER SHORTENING THE TIME TO CONSIDER THE MOTION OF SEA PIONEER SHIPPING CORPORATION PURSUANT TO LOCAL RULES 9006-1(c) AND 9006-1(e) FOR AN ORDER SHORTENING THE TIME TO CONSIDER THE UNOPPOSED MOTION FOR ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND AUTHORIZING TRUSTEE TO EXECUTE ASSIGNMENT OF LIEN**

Upon consideration of the motion, dated May 20, 2011 (the "Motion to Shorten"), of Sea Pioneer Shipping Corporation ("SPSC"), for entry of an order pursuant to Rules 9006-1(c) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and section 105(a) of the Bankruptcy Code, shortening the applicable notice period for the *Unopposed Motion for Entry of Order Granting Relief from the Automatic Stay and Authorizing Trustee to Execute Assignment of Lien* (the "Motion"); and the Court having jurisdiction to consider the Motion and the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

5

   ORDERED that the Motion shall be heard on _____, 2011 at ___:___ __.m., and that objections to the relief requested in the Motion shall be filed and served no later than ____:____ __.m. (ET) on _____, 2011; and it is further

   ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
   May __, 2011

            _____
            HONORABLE PETER J. WALSH
            UNITED STATES BANKRUPTCY JUDGE