IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| JETDIRECT AVIATION, LLC, | ) Case No. 09-11511 (PJW) |
| | ) |
| Debtor. | ) Re: Docket No. 62, 60 |
| | ) |

ORDER SHORTENING THE TIME TO CONSIDER THE MOTION OF SEA
PIONEER SHIPPING CORPORATION PURSUANT TO
LOCAL RULES 9006-1(c) AND 9006-1(e) ~~FOR AN ORDER SHORTENING THE TIME~~ TO CONSIDER THE UNOPPOSED MOTION FOR
ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND
AUTHORIZING TRUSTEE TO EXECUTE ASSIGNMENT OF LIEN

Upon consideration of the motion, dated May 20, 2011 (the "Motion to Shorten"), of Sea Pioneer Shipping Corporation ("SPSC"), for entry of an order pursuant to Rules 9006-1(c) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and section 105(a) of the Bankruptcy Code, shortening the applicable notice period for the *Unopposed Motion for Entry of Order Granting Relief from the Automatic Stay and Authorizing Trustee to Execute Assignment of Lien* (the "Motion"); and the Court having jurisdiction to consider the Motion and the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that granting the relief requested in the Motion to Shorten is appropriate; and it appearing that due and adequate notice of the Motion to Shorten has been given, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Motion shall be heard on **May 26**, 2011 at **2:00 p**.m., and that objections to the relief requested in the Motion shall be filed and served no later than **4:00 P**.m. (ET) on **May 24**, 2011; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
May 2, 2011

_____
HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE