IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **JETDIRECT AVIATION, LLC,** | ) | **Case No. 09-11511 (PJW)** |
| | ) | |
| Debtor. | ) | Objection Deadline: May 24, 2011 at 4:00 p.m. |
| | ) | Re: Docket Nos. 60 and 66 |

**CERTIFICATE OF NO OBJECTION REGARDING UNOPPOSED MOTION FOR ENTRY OF ORDER GRANTING
RELIEF FROM THE AUTOMATIC STAY AND AUTHORIZING
TRUSTEE TO EXECUTE ASSIGNMENT OF LIEN**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or any other responsive pleading to the **Unopposed Motion for Entry of Order Granting Relief from the Automatic Stay and Authorizing Trustee to Execute Assignment of Lien** (the "Motion") [D.I. 60], filed May 20, 2011. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to this Court's order shortening the time to consider the Motion, objections to the Motion were to be filed and served no later than May 24, 2011 at 4:00 p.m. ET.

It is hereby respectfully requested that the Order attached hereto be entered at the Court's earliest convenience, without further notice or hearing.

Dated:  May 25, 2011

                Respectfully submitted,

__/s/ Kevin J. Mangan_____
Francis A. Monaco, Jr. (#2078)
Kevin J. Mangan (#3810)
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
T:  (302) 252-4320
F:  (302) 252-4330
fmonaco@wcsr.com
kmangan@wcsr.com

-and-

Jeffrey T. Kucera
K&L Gates
Southeast Financial Center
200 South Biscayne Blvd.
Suite 3900
Miami, FL 33131
T:  (305) 539-3322
F:  (305) 358-7095
Jeffrey.kucera@klgates.com

*Counsel for Sea Pioneer Shipping Corporation*

2